IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAY D. WASHINGTON,                    )
                                      )
            Plaintiff,                )
                                      )
        v.                            )    Civil Action No. 02-3159
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of                       )
Social Security                       )
                                      )

## ORDER

AND NOW, this the _19TH_ day of _December_ ____, 2007,

upon consideration of Plaintiff's petition for attorney's fees

and costs under § 206(b) of the Social Security Act and

Defendant's objection to Plaintiff's petition for costs, it is

hereby ORDERED that Defendant shall pay to Plaintiff's counsel,

Ralph M. Russo, Esquire, the sum of Five Thousand Five Hundred

Dollars ($5,500.00) in attorney's fees being withheld from

Plaintiff's past-due benefits for court related services.

Plaintiff's petition for costs under § 206(b) of the Social

Security Act is DENIED as impermissible.

                                                        J.